UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CELLCO PARTNERSHIP                                                                                          PLAINTIFF

v.                                            No. 2:20-CV-02050

THE CITY OF ALMA, ARKANSAS, et al.                                             DEFENDANTS

## CONSENT ORDER

This case involves claims under the Telecommunications Act of 1996, 47 U.S.C. § 332. Before the Court is a joint motion (Doc. 15) for entry of a consent order and final judgment. The parties attached a proposed order to their motion, substantially reproduced below. The parties represent that they have settled the disputes at issue in this case. They have stipulated to certain facts and consented to entry of this order and judgment on the basis of those facts. Pursuant to that stipulation, the Court finds:

1. Plaintiff Cellco Partnership ("Verizon Wireless") filed an application with Defendants to develop a new wireless telecommunication facility (the "Facility") to be located at 102 Cherry Street East, Alma, Arkansas (the "Cherry Street Site").

2. The application complied with all of the applicable general and specific procedures, requirements, and standards required by Alma's Commercial Communications Tower Ordinance (the "Ordinance").

3. The application also requested a variance from Section F of the Ordinance which requires all commercial towers be set back from any residential structure by a distance of at least five hundred feet.

4. Verizon Wireless submitted supporting documents with the application evidencing that the Facility was needed to provide wireless telecommunications coverage, was critical to

1

develop a seamless network, and was needed to fill a significant gap in coverage and capacity in the area.

5. On March 3, 2020, the City of Alma Planning Commission held a public hearing on the application and voted to deny the request for a variance.

6. On March 17, 2020, the City of Alma issued a letter to Verizon Wireless stating that the variance request was denied.

7. Verizon Wireless timely filed this action appealing the denial of the variance.

8. On August 17, 2020 at a properly called public meeting with due notice, the City of Alma City Council, based on Verizon's installation of a screening fence around the proposed site and the Federal Aviation Administration's ruling that the proposed tower would not need to be lighted, voted to authorize the filing of the Joint Motion and entry of this Consent Order ordering that the City grant the variance allowing development of the Facility at the Cherry Street Site.

9. The Court has personal jurisdiction over Defendants, subject-matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 47 U.S.C. § 332(c), and venue is proper in this judicial district.

10. The parties have considered their positions in this litigation and, to avoid any further expense and risk associated with this case, consent to the entry of Judgment and resolution of this case.

11. The parties have agreed to a settlement of this action without adjudication of any facts or law, other than those relating to jurisdiction and venue and those articulated herein.

12. Entry of this order resolves all disputes between the parties concerning the application and variance request.

IT IS THEREFORE ORDERED that the joint motion (Doc. 15) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's variance request referenced in the complaint and this order is GRANTED, and that Defendants and their representatives and employees expeditiously issue any permits, documents, or approvals necessary or appropriate to document or to effect the issuance of a building permit, and the placement and construction of the wireless facility described in the application. Each party will bear its own fees and costs, and judgment will be entered separately.

IT IS SO ORDERED this 27th day of August, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE