UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CELLCO PARTNERSHIP                                                                           PLAINTIFF

v.                                            No. 2:20-CV-02050

THE CITY OF ALMA, ARKANSAS, et al.                                           DEFENDANTS

## JUDGMENT

Pursuant to the consent order entered in this case on this date, on the terms set out in that order, judgment is entered for Plaintiff Cellco Partnership.

IT IS SO ADJUDGED this 27th day of August, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE